in the same manner as a normal retirement benefit under section 5.1, based on the provisions of the Plan in effect, his Final Average Pay, and his years of Benefit Service at his termination of employment. If the Member elects commencement of such benefit before his Normal Retirement Date, the amount of the Member's monthly benefit will be reduced by—

    (1)   .5 percent for each full calendar month (but not more than 108 months) that the Member's first early retirement benefit payment precedes his Normal Retirement Age; and

    (2)   .364 percent for each full calendar month (but not more than 12 months) beyond the first 108 months under paragraph (1) above that the Member's first early retirement benefit payment precedes his Normal Retirement Age.

(c)   **Special Minimum Amount.** If any Member who is eligible to receive a special minimum benefit under section 5.1(c) terminates employment with the Employer on or after his attainment of age 62 but before his Normal Retirement Age, the amount of the Member's monthly benefit will not be reduced. If any Member eligible to receive such special minimum benefit terminates employment with the Employer before his attainment of age 62, the amount of the Member's monthly benefit will be reduced in accordance with subsection (b) above.

(d)   **Minimum Benefit.** The amount of a Member's early retirement benefit under this section 5.2 shall not be less than the amount of the Member's protected accrued benefit under section 5.12.

(e)   **Special Retirement Window Benefit.** In lieu of the benefit to which a Member may be entitled pursuant to this section 5.2, eligible Members who are Indianapolis Employees of the Rand McNally Book services Group of Rand McNally & Company may elect to receive a special retirement window benefit, as described in Appendix A, attached hereto and incorporated herein.

## 5.3 Disability Retirement Benefits

(a)   **Eligibility.** A Member in active employment with an Employer or nonparticipating Affiliate who incurs a Disability after completing at least ten years of Vesting Service (including service with an entity prior to the date such entity becomes an Employer) but before attaining his Normal Retirement Age shall be eligible to receive a Disability retirement benefit under the Plan, commencing on the date specified in subsection (c) below.

(b)  **Amount.** A Member's monthly Disability retirement benefit shall be an amount computed in the same manner as—

(1)  a normal retirement benefit, or

(2)  if the Member meets the requirements for an early retirement benefit under section 5.2, an early retirement benefit,

based upon his Final Average Pay, his Covered Compensation, his Benefit Service, and the Plan's benefit formula in effect at the time of his termination of employment due to Disability.

(c)  **Commencement and Duration.** Monthly Disability retirement benefit payments for a disabled Member shall begin at the time described in section 7.1(c). When payments begin, they shall be paid monthly thereafter as of the first day of each succeeding month during the Member's lifetime until—

(1)  in the case of a Member whose disability retirement benefit commences prior to his attainment of his Normal Retirement Age, the earlier of the Member's death or his recovery prior to his Normal Retirement Age; or

(2)  in the case of a Member whose disability retirement benefit commences after his attainment of his Normal Retirement Age, the Member's death.

(d)  **Recovery Before Normal Retirement Age.** If a Member begins receiving his Disability retirement benefit before attaining his Normal Retirement Age and his Disability ceases, the following provisions shall apply:

(1)  If the Member's Disability ceases before his Normal Retirement Age and at such time he is reemployed by an Employer or nonparticipating Affiliate as an Employee, upon his subsequent retirement benefit, his eligibility for and the amount of any retirement benefit under the Plan shall be determined under the provisions of section 7.2.

(2)  If the Member's Disability ceases before his Normal Retirement Age and he is not reemployed by an Employer or nonparticipating Affiliate as an Employee, his benefit at his Normal Retirement Date shall be based upon his Final Average Pay, his Covered Compensation, his Benefit Service, and the Plan's benefit formula in effect at the time of his termination of employment due to Disability.

The determination of the cessation of a Member's Disability shall be made by the Committee in the same manner as the Committee's initial determination of the Member's Disability.

(e)    **Recovery After Normal Retirement Age.** If a Member begins receiving his Disability retirement benefit before attaining his Normal Retirement Age and his Disability ceases after his Normal Retirement Age, his Disability retirement benefit payments shall continue as a normal retirement benefit unless the Member is reemployed by an Employer or a nonparticipating Affiliate, in which case the provisions of section 7.3 shall apply. The determination of the cessation of a Member's Disability shall be made by the Committee in the same manner as the Committee's initial determination of the Member's Disability.

## 5.4 Deferred Vested Retirement Benefits

(a)    **Eligibility.** A terminated Member whose employment with the Employer or nonparticipating Affiliate terminates after he attains his Vested Retirement Age shall be eligible to receive a deferred vested retirement benefit under the Plan, commencing on the date specified in section 7.1(d) and continuing thereafter on the first day of each succeeding month during his lifetime.

(b)    **Amount.** A terminated Member who is eligible to receive a deferred vested retirement benefit shall be entitled to a monthly benefit equal to an amount computed in the same manner as a normal retirement benefit under section 5.1, based on the provisions of the Plan in effect, his Final Average Pay, and his years of Benefit Service at his termination of employment. If the Member meets the requirements for an early retirement benefit under section 5.2 and elects commencement of his deferred vested retirement benefit before his Normal Retirement Date, the amount of the Member's monthly benefit will be reduced by—

(1)    .5 percent for each full calendar month (but not more than 108 months) that the Member's first deferred vested retirement benefit payment precedes his Normal Retirement Age.

(2)    .364 percent for each full calendar month beyond the first 108 months (but not more than 12 months) under paragraph (1) above that the Member's first deferred vested retirement benefit payment precedes his Normal Retirement Age.

## 5.5 Preretirement Survivor Annuity Benefits

(a)    Eligibility. In the case of a Member who has a nonforfeitable right to all or a portion of his accrued benefit, who has a surviving spouse, and who dies prior to his Annuity Starting Date (whether or not such

Member is employed by the Employer or a nonparticipating Affiliate), there shall be payable to his surviving spouse a Preretirement Survivor Annuity, unless otherwise elected pursuant to subsection (b).

(b) Election to Waive. Each Member eligible for a Preretirement Survivor Annuity under this section 5.5 may elect to waive, or revoke an election to waive, the Preretirement Survivor Annuity. Any election to waive or revocation of such election may be made at any time within the period beginning on the first day of the Plan Year in which the Member attains age 35 and ending on the date of the Member's death. In the case of a Member whose termination of employment with the Employer and all nonparticipating Affiliates occurs prior to the first day of the Plan Year in which the Member attains age 35, the election and revocation period with respect to benefits accrued before such termination of employment shall begin on the date of such termination. An election to waive the Preretirement Survivor Annuity under this subsection (b) shall not take effect unless the spouse of the Member consents in writing to such election and such consent acknowledges the effect of such election and is witnessed by a person designated by the Committee or a notary public. Spousal consent to a waiver of the Preretirement Survivor Annuity shall be irrevocable, and shall be effective only with respect to the spouse signing the consent and shall not be required if the Member establishes to the satisfaction of the Committee that such consent may not be obtained because of reasons described in the Code or regulations thereunder.

(c) Notice Requirements. The Committee shall provide a written explanation with respect to the Preretirement Survivor Annuity to each Member (by mail or personal delivery), within whichever of the following periods ends last—

(1) the period beginning with the first day of the Plan Year in which the Member attains age 32 and ending with the close of the Plan Year preceding the Plan Year in which the Member attains age 35;

(2) the period beginning one year prior to the date the Employee becomes a Participant and ending one year after the Employee becomes a Participant;

(3) the period beginning one year before this benefit coverage is available to the Member and ending one year after such coverage is available; and

(4) in the case of a Member who terminates employment before attaining age 35, the period beginning one year before his termination and ending one year after such termination.

Such explanation shall provide the information required pursuant to section 5.7.

(d) **Marriage Requirement.** Notwithstanding subsection (a), a Preretirement Survivor Annuity shall not be provided unless the Member and spouse were married throughout the one-year period ending on the date of the Member's death.

(e) **Amount.** Subject to adjustment pursuant to section 6.4 when a Member has a Retirement Trust Balance, the monthly payments to a surviving spouse under the Preretirement Survivor Annuity shall equal the amounts which would have been payable as a survivor annuity under the Qualified Joint and Survivor Annuity under the Plan if—

(1) in the case of a Member who dies after attaining his Earliest Retirement Age, such Member had retired with an immediate Qualified Joint and Survivor Annuity on the day before the Member's death, or

(2) in the case of a Member who dies on or before attaining his Earliest Retirement Age, such Member had terminated employment on the date of death (if his employment had not yet terminated), survived to his Earliest Retirement Age, retired with an immediate Qualified Joint and Survivor Annuity on his Earliest Retirement Age, and died on the date after the day on which such Member would have attained his Earliest Retirement Age.

Any benefit payable to a Member or his surviving spouse shall be reduced by an amount equal to—

(A) the percentage specified in the following table for the period during which the Member's Preretirement Survivor Annuity coverage is in effect, depending on the Member's age from time to time:

| Member's Age | Percentage Reduction for each Year Coverage is in Effect |
|---|---|
| Under 35 | 0% |
| 35–44 | 0.1% |
| 45–54 | 0.2% |
| 55–65 | 0.5% |
| 65 and over | 0% |

multiplied by—

(B)   the amount by which such benefit exceeds the Actuarial Equivalent of the Member's Retirement Trust Balance, if any, at his Annuity Starting Date.

For Members who elected coverage under the Preretirement Survivor Annuity prior to January 1, 1986, the amount of such reduction shall be calculated from the date of the Member's election. For all other Members, the amount of such reduction shall be calculated from January 1, 1986 or, if later, the date when the Member became eligible for coverage under the Preretirement Survivor Annuity.

If, pursuant to subsection (g) below, a Member's spouse elects to defer the commencement of the Preretirement Survivor Annuity, the amount of the benefit payable under the Preretirement Survivor Annuity shall be adjusted (as if the Member had deferred commencement of his benefit) to reflect such deferral.

(f)   Period of Coverage. A Member's coverage for the Preretirement Survivor Annuity shall commence on the later of the date on which the Member has a nonforfeitable right to all or a portion of his accrued benefit or the date on which he has satisfied the marriage requirement under subsection (d). Such coverage shall end on the earliest to occur if—

(1)   the date on which the Member has elected to have the payment of his benefits under the Plan commence;

(2)   the Member's date of death;

(3)   the Member's spouse's date of death;

(4)   the date of the Member's divorce from his spouse (unless otherwise required by a qualified domestic relations order pursuant to section 9.2); or

(5)   the date of the Member's election to waive the Preretirement Survivor Annuity pursuant to subsection (b).

(g)   Commencement. Unless a Member's spouse elects to defer the commencement of the Preretirement Survivor Annuity, the payment of the Preretirement Survivor Annuity to a Member's spouse shall commence on the date the Member would have attained his Earliest Retirement Age (in the case of a Member who dies prior to attaining his Earliest Retirement Age), or the date of the Member's death (in the case of a Member who dies on or after attaining his Earliest Retirement Age). In no event, however, shall payment commence later than the first day of the month next following the date the Member would have attained his Normal Retirement Age.

### 5.6 Qualified Joint and Survivor Annuity

(a)  **Eligibility.** In the case of a Member who terminates employment, who is married, and who begins to receive benefits under the Plan, except as otherwise provided in this section 5.6, the benefits payable to such Member shall be in the form of a Qualified Joint and Survivor Annuity.

(b)  **Election to Waive.** Each Member may elect to waive, or revoke an election to waive, the Qualified Joint and Survivor Annuity form of benefit under the Plan. Any such election to waive or revocation of such election may be made at any time during the 90-day period ending on the Member's Annuity Starting Date. An election to waive the Qualified Joint and Survivor form of benefit under this subsection shall not take effect unless the spouse of the Member consents in writing to such election and such consent acknowledges the effect of such election, the specific nonspouse beneficiary or beneficiaries, if any, the specific optional form of benefit chosen, and is witnessed by a person designated by the Committee or a notary public. An election to waive the Qualified Joint and Survivor Annuity or a revocation of such waiver with respect to any Member must be delivered to the Committee during the lifetime of the Member. Spousal consent to a waiver of the Qualified Joint and Survivor Annuity form of benefit shall be irrevocable, and shall be effective only with respect to the spouse signing the consent and shall not be required if the Member establishes to the satisfaction of the Committee that such consent may not be obtained because of reasons described in the Code or regulations thereunder.

(c)  **Notice Requirement.** The Committee shall provide to each Member (by mail or personal delivery), within a reasonable time before the Member's Annuity Starting Date, a written explanation with respect to the Qualified Joint and Survivor Annuity form of benefit. Such explanation shall provide the information required pursuant to section 5.7.

(d)  **Marriage Requirement.** If a Member has been married for less than one year on his Annuity Starting Date, then a Qualified Joint and Survivor Annuity shall be provided to such Member (unless waived in accordance with subsection (b) above), but such Member's spouse shall not be entitled to receive a survivor's annuity under such Qualified Joint and Survivor Annuity unless the Member and his surviving spouse have been married for at least one year on the date of his death.

If the Member and his spouse are divorced before they have been married for at least one year and the Member notifies the Committee of such divorce in such manner as the Committee may require, then, unless otherwise provided in a qualified domestic relations order pursuant to section 9.2, the Member shall be treated as unmarried and shall receive a Single Life Annuity unless he elects an optional form of benefit under section 5.9. Such change in the form of the Member's benefit shall be prospective only, and the Member shall not be entitled to any retroactive correction of amounts previously received.

(e) **Amount.** A Qualified Joint and Survivor Annuity shall be the Actuarial Equivalent of an annuity for the lifetime of a Member and shall provide payments for the lifetime of a Member with a survivor annuity for the lifetime of the Member's spouse. Such survivor annuity shall be 50 percent of the amount of the annuity which is payable during the joint lives of the Member and the spouse.

## 5.7 Explanation Relating to Survivor Annuities

The written explanation required pursuant to sections 5.5(c) and 5.6(c) shall describe the terms and conditions of the Preretirement Survivor Annuity or the Qualified Joint and Survivor Annuity (as the case may be), the Member's right to make (and the effect of) an election to waive such annuity, the right of the Member's spouse to consent in writing to such waiver, and the right to make (and the effect of) a revocation of an election to waive such annuity.

## 5.8 Single Life Annuity

(a) **Eligibility.** The normal form of benefits payable to an unmarried Member, or to a Member who waives the Qualified Joint and Survivor Annuity without selecting any other form of payments, shall be a Single Life Annuity for the lifetime of the Member.

(b) **Election to Waive.** Each unmarried Member may elect to waive, or revoke an election to waive, the Single Life Annuity. Any such election to waive or revocation thereof may be made at any time during the 90-day period ending on the Member's Annuity Starting Date.

(c) **Notice Requirements.** The Committee shall provide to each Member (by mail or personal delivery) a written explanation with respect to the Single Life Annuity. Such explanation shall be provided within a reasonable period of time before the Member's Annuity Starting Date. The written explanation shall describe the terms and conditions of the

Single Life Annuity, the Member's right to make (and the effect of) an election to waive such annuity, and the right to make (and the effect of) a revocation of an election to waive such annuity.

### 5.9 Optional Methods of Payment

(a)  Forms Available. In lieu of a Single Life Annuity or, if applicable, a Qualified Joint and Survivor Annuity, a Member eligible to receive a normal, early, Disability, or deferred vested retirement benefit under section 5.1, 5.2, 5.3, or 5.4 may elect to receive his benefits under the Plan in an optional method of payment which is the Actuarial Equivalent of his benefit under section 5.1. Such election, or any revocation of such election, must be in writing, filed with the Committee within a reasonable time (as determined by the Committee) before benefits are to begin, and accompanied by such written materials as the Committee may reasonably require. The following optional methods of payment shall be available under the Plan:

  (1)  Joint and Survivor Benefit Option. A Member may elect a joint and survivor benefit option that provides a monthly benefit payable to the Member during his lifetime and, upon his death, to the Member's designated joint annuitant for life in an amount equal to either 100 percent or 50 percent (as elected by the Member) of the Member's monthly benefit.

  (2)  Single Life Annuity Option. A married Member may elect a Single Life Annuity for the lifetime of the Member.

(b)  Optional Forms for Benefit Accrued Under Nicholstone Plan. In lieu of the forms of payment set forth in section 5.6, 5.8, or 5.9(a), and subject to the terms of section 5.6(b), a Nicholstone Employee may elect to have his Nicholstone Benefit distributed in any one of the following forms:

  (1)  Term Certain and Life Annuity. The Nicholstone Employee may elect a monthly annuity for life, with the first 60, 120, or 180 monthly payments guaranteed (as such term is elected by the Member). Upon the Member's death, any guaranteed payments not paid to the Member shall be paid to the Member's Beneficiary. If no Beneficiary survives the Member, the value of any remaining payments shall be paid to the Member's estate in a lump sum. If the Member's Beneficiary survives the Member, but dies prior to receiving all remaining guaranteed payments, the value of any remaining payments shall be paid to the deceased Beneficiary's estate in a lump sum.

(2) **Single Lump Sum Payment.** A Nicholstone Employee may elect to have the entire present value of his Nicholstone Benefit paid to him in a single lump sum payment.

(3) **Immediate Annuity Payment.** If the value of a Member's total benefit hereunder exceeds $3,500, such Member may elect to have his Nicholstone Benefit paid—

    (A) as a 50 percent or 100 percent joint and survivor benefit pursuant to section 5.9(a)(1), with his spouse as his joint annuitant; or

    (B) as a Single Life Annuity pursuant to section 5.9(a)(2) that is immediately payable and is the Actuarial Equivalent of the single sum payment which he would otherwise be entitled to receive.

(c) **Modification to Optional Method of Payment.**

(1) **Death of Member.** If a Member elects an optional method of payment and dies before his Annuity Starting Date, his election shall be cancelled automatically, and the only benefit payable with respect to the Member shall be the Preretirement Survivor Annuity described in section 5.5; provided, however, that if the Member has elected a joint and survivor benefit option, has designated his spouse as his joint annuitant, and has directed that his spouse, upon his death, will receive a monthly benefit for life that is 100 percent of his monthly benefit, such election shall continue in full force and effect.

(2) **Death of Joint Annuitant.** If a Member elects a joint and survivor benefit option and his designated joint annuitant dies before his Annuity Starting Date, the Member's election shall be cancelled automatically, and unless the Member makes a new election of an optional method of payment under subsection (a) above, the Member's benefit shall be paid in the normal method of payment that would otherwise be required. If a Member elects a joint and survivor benefit option and his designated joint annuitant dies after his Annuity Starting Date, the Member may not change his benefit option election.

(3) **Reemployment.** If a Member is reemployed in a status which leads to a suspension of benefits under section 7.2 or 7.3 during his period of reemployment, any optional method of payment he has previously elected shall be revoked, and he shall again be covered by the Preretirement Survivor Annuity described in section 5.5. If a Member is reemployed in a status which does not lead to a suspension of benefits under section 7.2 or 7.3 during

his period of reemployment, any optional method of payment he elected at his prior retirement shall continue in full force and effect.

### 5.10 Payment of Small Amounts

(a) **Monthly Benefit Less than $50.** If any monthly benefit payable under the Plan is less than $50 (or such larger amount as the Committee shall designate from time to time), the Committee shall direct that the Actuarial Equivalent of the monthly benefit otherwise payable be paid in quarterly, semiannual, or annual installments.

(b) **Actuarial Equivalent Benefit of $3,500 or Less.** If as of a Participant's termination of employment, the total lump sum Actuarial Equivalent value of the benefit payable to a Participant or his beneficiary (including the Member's Retirement Trust Balance) is $3,500 or less, the benefit shall be payable in accordance with rules established by the Committee in the form of a lump sum. The lump sum Actuarial Equivalent value described above shall be determined on the basis of the benefit that the Member would have been entitled to on the first day of the month following the later of his Normal Retirement Age or the date on which his employment terminates. Such benefit shall be paid as soon as practicable after such Participant's termination of employment.

(c) **Actuarial Equivalent Benefit Less than $10,000.** If the Actuarial Equivalent of any benefit payable under the Plan (after reduction for the distribution of a Member's Retirement Trust Balance under section 6.6) is less than $10,000, in addition to the optional forms of payment set forth in sections 5.6, 5.8, and 5.9, the Member may elect that his benefit be paid in a single sum Actuarial Equivalent payment.

  (1) **Spousal Consent Requirement for Benefit Greater than $3,500.** If such single sum Actuarial Equivalent payment plus the Member's Retirement Trust Balance exceeds $3,500, any election by a Member to receive his benefit in a single sum Actuarial Equivalent payment shall be subject to the spousal consent and notice requirements set forth in sections 5.6(b) and (c). The election consent forms shall inform the Member and his spouse that such single sum payment will cancel any survivor rights the spouse might otherwise have under the Plan.

  (2) **Optional Methods of Payment.** Instead of a single sum Actuarial Equivalent payment, a Member to whom the spousal consent requirement in (1) above is applicable may elect to have his benefit paid—

    (A)  as a 50 percent or 100 percent joint and survivor benefit pursuant to section 5.9(a)(1), with his spouse as his joint annuitant; or

    (B)  as a Single Life Annuity pursuant to section 5.9(a)(2)

that is immediately payable and is the Actuarial Equivalent of the single sum payment which he would otherwise be entitled to receive.

(3)   **Amount of Single Sum Payment.** The amount of any single sum Actuarial Equivalent payment to which a Member may be entitled under subsection (b) or (c) shall not be less than the greater of (A) or (B) below:

    (A)  the amount calculated pursuant to the Actuarial Equivalent factors specified in section 2.1(b); or

    (B)  the amount calculated as follows:

        (i)  If such single sum payment is payable before the Member's Normal Retirement Date, the amount of such single sum payment shall first be adjusted to reflect immediate payment by reducing the Member's accrued benefit—

            (I)  if such single sum payment does not precede the Member's Normal Retirement Age by more than 120 months, at the rates specified in section 5.2(b); or

            (II)  if such single sum payment precedes the Member's Normal Retirement Age by more than 120 months, on the basis of the 1951 Group Annuity Table projected to 1965, assuming a 5 percent interest rate and male mortality.

        (ii)  After the adjustment, if any, in subparagraph (i) above, the Member's accrued benefit shall be converted to a single sum actuarial equivalent payment based on the following assumptions:

            (I)  the interest rate used (as of the first day of the Plan Year in which the single sum payment is to be made) by the Pension Benefit Guaranty Corporation to value immediate annuities on the termination of a defined benefit plan; and

            (II)  the 1984 UP Mortality Table, weighted 80 percent male and 20 percent female.

### 5.11 Maximum Annual Benefits

(a)   Notwithstanding any other provisions of this Plan to the contrary, for Plan Years beginning on or after January 1, 1987, the annual benefit provided under this Plan (together with that provided by all other defined benefit plans of the Company and each Affiliate) for any Member for a limitation year, which shall be the Plan Year, shall in no event exceed the lesser of (1) or (2) below:

   (1)   $90,000; or

   (2)   100 percent of the annual average of the highest three consecutive calendar years of Compensation (as defined in section 415 of the Code and applicable regulations) paid to him by the Company and all Affiliates during his active participation in the Plan.

(b)   If a Member's benefit begins before his Social Security Retirement Age, the $90,000 figure in subsection (a)(1) will be adjusted as required by Code section 415(b). If a Member's benefit begins after his Social Security Retirement Age, the $90,000 figure in subsection (a)(1) shall be adjusted to the maximum extent permitted by Code section 415(b). The adjustments shall be made in such manner as the Secretary of the Treasury may prescribe in order to comply with Code section 415.

(c)   The $90,000 limitation amount of subsection (a)(1) will be adjusted to reflect increases in the cost-of-living as provided under Code section 415. The adjusted amount will apply for the Limitation Year which ends with or within the calendar year for which the adjustment is effective.

(d)   The limitation described in subsection (a) will not apply to a Member if—

   (1)   the amount of his annual benefit under the Plan and under all other defined benefit plans maintained by the Company and each Affiliate does not exceed $10,000, and

   (2)   he never participated in any defined contribution plan maintained by the Company or an Affiliate.

(e)   If a Member has fewer than ten years of Vesting Service, the percentage limitation in subsection (a)(2) and the $10,000 exemption in subsection (d) will be reduced by multiplying the limitation amount by his years of Vesting Service and dividing the results by ten years. If a Participant's years of participation in this Plan are fewer than ten years, the $90,000 limitation of subsection (a)(1) will be reduced by multiplying the limitation amount by his years of participation in this Plan and dividing the result by ten years.

(f)   If the Member has elected an optional form of benefit under section 5.9 of the Plan, the limitation described above shall apply to his

retirement benefit before it is converted to the optional form. The annual benefit for a Member who is married shall include a benefit payable as a Qualified Joint and Survivor Annuity under section 5.6 or any other joint and survivor annuity option under section 5.9 if his spouse is the beneficiary under the annuity. No reduction in the limitations described herein need be taken into account for such forms of payment.

(g)    In the event that any Member is a participant in a defined contribution plan or plans of the Company or any Affiliate, the sum of the defined benefit plan fraction and the defined contribution plan fraction (as such terms are defined in Code section 415(e)) for any limitation year with respect to such Member shall not exceed one. If such sum would otherwise exceed one, then the Member's retirement benefit under this Plan shall be reduced to comply with the requirements of this subsection.

(h)    In applying the limitations on benefits under this section 5.11, the qualified plans of any employer which is not the Company or an Affiliate shall be aggregated with the Plan or any other plan of the Company or an Affiliate if the employer would be an Affiliate if, in applying Code sections 414(b) and 414(c), the phrase "at least 80 percent" were replaced with "more than 50 percent" in Code section 1563(a)(1).

(i)    In no event will the limitations contained in this section 5.11 reduce the benefit earned by the Member (in accordance with the law as in effect at such time) prior to January 1, 1987, the effective date of the Tax Reform Act of 1986 or prior to January 1, 1983, the effective date of the Tax Equity and Fiscal Responsibility Act of 1982.

### 5.12 Protection of Accrued Benefits

(a)    **Protection of Benefits.** The retirement benefits payable to a Member under sections 5.1 and 5.2 will not be less than the largest normal or early retirement benefit which the Member would have been entitled to receive by retiring at any time after meeting the requirements for normal or early retirement.

(b)    **No Decreases Due to Amendment.** The benefits payable to a Member under the Plan shall not be less than the monthly benefit (or, if greater, any minimum benefit) accrued by the Member under the terms of the Prior Plan as in effect immediately prior to the Adoption Date, based on the Participant's Benefit Service, Final Average Pay, and Covered Compensation as of that date, except that in the case of a Member who was a "Participant" in the Plan on December 31, 1988

and was a Highly Compensated Employee as determined under Code section 414(q)(1)(A) or (B), the reference to the Adoption Date in this subsection (b) shall be replaced by December 31, 1988.

(c)     **Special Protection of Benefits.** The benefits payable under the Plan to a Member for whom a Retirement Trust Balance has been established shall not be less than the Member's monthly accrued benefit attributable to his Retirement Trust Balance on the Valuation Date immediately preceding the Member's Break in Service.

(d)     **Minimum Benefit When Compensation Subject to Limitation.**

(1)     For a Member whose Service terminates on or after January 1, 1989 but prior to January 1, 1994, if such Member's Compensation for any year included in his Final Average Pay exceeds $200,000 (as adjusted by the Secretary of the Treasury under Code sections 401(a)(17) and 415(d)), such Member's retirement benefit shall be equal to the greater of—

(A)     his accrued retirement benefit as of December 31, 1988, based on his Service and Final Average Pay (without regard to the limitation on Compensation set forth in section 2.1(n)) through December 31, 1988; or

(B)     the Member's retirement benefit computed pursuant to section 5.1, based on all years of Service and Compensation, as limited pursuant to section 2.1(n).

(2)     For a Member whose Service terminates on or after January 1, 1994, if such Member's Compensation for any year included in his Final Average Pay exceeds $150,000 (as adjusted by the Secretary of the Treasury under Code sections 401(a)(17) and 415(d)), such Member's retirement benefit shall be equal to the greater of—

(A)     the sum of (i) his accrued retirement benefit as of December 31, 1993, determined in accordance with subsection (d)(1) above plus (ii) the Member's retirement benefit accrued after December 31, 1993 based on the Member's Compensation (as limited pursuant to section 2.1(n)) and the Member's Service after such date; or

(B)     the Member's accrued retirement benefit computed under section 5.1, based on Compensation, as limited pursuant to section 2.1(n).

### 5.13 Employees Who Participated In Other Plans

Notwithstanding anything in the Plan to the contrary, in the case of a Member who was a beneficiary or participant under any other defined benefit or pension plan which was created by the Company or supported

in whole or in part by contributions made by the Company and which is qualified under Code section 401(a) (other than this Plan), such Member's retirement benefit under this Article V shall be computed on the basis of his total Benefit Service, but shall be reduced as follows:

(a)   by the Actuarial Equivalent of the benefit payable to him under such other plan, to the extent attributable to Company contributions (but not less than the amount to which he would be entitled under this Plan if his Benefit Service were computed by excluding all service during any period for which the Company contributed for his benefit to such other plan); and

(b)   by the Actuarial Equivalent of any amount received by him from the Plan because he became ineligible to participate further in the Company's contributions to the Plan when he became a participant or beneficiary under such other plan.

The provisions of this section 5.13 shall not apply to a Member's participation in the Retirement Trust prior to its merger with the Plan.

### 5.14 Prior Plan Application and Retiree Benefit Increase

The provisions of sections 10.3, 11.10, 13.1, and 13.2 shall apply prospectively to a former Member of the Prior Plan who terminated employment prior to the Effective Date. Otherwise, the terms of the Prior Plan as constituted on the date of such Member's termination of employment shall apply. Notwithstanding the preceding to the contrary, effective January 1, 1993, each former Member (and each Beneficiary or Spouse of a former Member) whose retirement or death benefits under any Prior Plan commenced prior to January 1, 1989, is entitled to receive a benefit increase of his Prior Plan benefit in pay status as of January 1, 1993, as follows:

| Year of Retirement | Percentage of Increase |
|---|---|
| 1984 and earlier | 7% |
| 1985 | 6% |
| 1986 | 5% |
| 1987 | 4% |
| 1988 | 3% |

## Article VI. Retirement Trust Balance

### 6.1 Establishment of Retirement Trust Balances

There shall be established for each Member who participated in the Plan on December 31, 1969 a Retirement Trust Balance. A Member's Retirement Trust Balance shall consist of the balance credited to his account in the Retirement Trust on that date, as certified to the Committee by the Trustee of the Retirement Trust.

### 6.2 Valuation Date

The Valuation Dates applicable to a Member's Retirement Trust Balance shall be March 31, June 30, September 30, and December 31 of each calendar year.

### 6.3 Adjustment

As of each Valuation Date, each Member's Retirement Trust Balance shall be adjusted as follows:

(a)    The Trustee shall determine the net fair market value of the Retirement Trust as of such Valuation Date. In determining the Retirement Trust's net fair market value, income accrued but uncollected, and expenses incurred but not yet paid, shall be disregarded, and all Retirement Trust Balances (with interest accrued to such Valuation Date) then held for a former Employee (or his Beneficiary) shall be deducted as a Retirement Trust liability.

(b)    The Trustee shall determine a Market Ratio as of such Valuation Date. The Market Ratio shall be calculated by dividing the Retirement Trust's fair market value on such date (after deducting contributions, if any, for the current year received by the Trustee since the last preceding Valuation Date) by the Retirement Trust's fair market value as of the last preceding Valuation Date (after crediting contributions for the preceding year received by the Trustee since that date and after deducting—

(1)    the amount of any benefit payments or other distributions made since the last preceding Valuation Date and not chargeable to the Retirement Trust Balances of former Employees, and

(2)    all Retirement Trust Balances of former Employees not already excluded).

(c)    As of each Valuation Date, the Retirement Trust Balance of each Member, after adjustment for all benefit payments from the Member's Retirement Trust Balance account since the preceding Valuation Date,

shall be increased or decreased by multiplying the Member's Retirement Trust Balance by the Market Ratio for the current Valuation Date.

(d) As of each Valuation Date, the Retirement Trust Balance of each former Employee shall be credited with interest on the amount of his Retirement Trust Balance remaining undistributed on such Valuation Date, after charging against his Retirement Trust Balance all benefit payments from his Retirement Trust Balance since the preceding Valuation Date. The rate of interest so credited shall be 8 percent.

(e) As of December 31 of each year, the Committee shall have prepared and deliver to each Member an annual statement with respect to the status of his Retirement Trust Balance as of that date.

## 6.4 Death Before Commencement of Benefits

Upon the death of a Member before his Annuity Starting Date, his Beneficiary shall be entitled to receive, in accordance with section 6.8, an amount equal to the Member's Retirement Trust Balance, if any, computed as of the Valuation Date last preceding the date of his death, with interest to the Valuation Date last preceding the date of payment in accordance with section 6.3. If the Qualified Preretirement Survivor Annuity is in effect for such Member, the amount of such Qualified Preretirement Survivor Annuity shall be reduced by the Actuarial Equivalent of the Retirement Trust Balance so received. In determining such Actuarial Equivalent amount, the Member's reduced benefit shall be calculated in accordance with section 5.10(c).

## 6.5 Death After Commencement of Benefits

Upon the death of a Member after his Annuity Starting Date (or upon the subsequent death of his joint annuitant, if the Qualified Joint and Survivor Annuity under section 5.6 or the joint and survivor benefit option under section 5.9(a)(1) is in effect), such Member's Beneficiary shall be entitled to receive, in accordance with section 6.8, an amount equal to the Member's Retirement Trust Balance, if any, determined as of the Valuation Date last preceding the Member's date of death. For purposes of such determination, the Member's Retirement Trust Balance shall be further adjusted to the Valuation Date last preceding the date of payment in accordance with section 6.3.

## 6.6 Distribution on Retirement or Termination

Upon the retirement or termination of a Member who is eligible for a normal, early, or deferred vested retirement benefit under the Plan, such

Member may, subject to section 5.6, elect to receive a distribution of his Retirement Trust Balance, if any, computed as of the Valuation Date last preceding his date of retirement or termination, with interest to the Valuation Date last preceding the date of payment in accordance with section 6.3. Any such distribution shall be made in accordance with section 6.8. A Member's election under this section 6.6 must be made on an appropriate form filed with the Committee within 60 days after the date of the Member's retirement or termination. Any benefit otherwise payable to or in respect of the Member under the Plan shall be reduced by the Actuarial Equivalent of the Retirement Trust Balance so received. In determining such Actuarial Equivalent amount, the Member's reduced benefit shall be calculated in accordance with section 5.10(c).

## 6.7 Distribution on Other Termination of Employment

Upon the termination of a Member who is not eligible for a normal, early, or deferred vested retirement benefit under the Plan, such Member shall be entitled to receive a distribution of his Retirement Trust Balance, if any, computed as of the Valuation Date last preceding his date of termination, with interest to the Valuation Date last preceding the date of payment in accordance with section 6.3. Any such distribution shall be made in accordance with section 6.8. A Member's election under this section 6.7 must be made on an appropriate form filed with the Committee within 60 days after the date of his termination. Any benefit otherwise payable to or in respect of the Member under the Plan shall be reduced by the Actuarial Equivalent of the Retirement Trust Balance so received. In determining such Actuarial Equivalent amount, the Member's reduced benefit shall be calculated in accordance with section 5.10(c).

## 6.8 Method of Payment

Subject to the rules for married Members under section 6.9, the distribution of a Member's Retirement Trust Balance pursuant to section 6.4, 6.5, 6.6, or 6.7 shall be made to the person or persons entitled to receive such balance in either or both of the following methods:

(a)   by immediate payment in a single sum payment, or

(b)   by the purchase of a nontransferable single-premium annuity contract from a legal reserve life insurance company, for such term, in such form, and with or without refund to the Member's Beneficiary, as the Member shall direct. If the Member selects a settlement option under which payments will be made other than to the Member and (in the case of a married Member) the Member's spouse, such option must comply with the incidental death benefit rules set forth in Code

section 401(a)(9)(G) and regulations thereunder. The interest of the Member or his Beneficiary in the Trust Fund shall, to the extent of the amount used to purchase any annuity contract, terminate upon delivery of the contract to the distributee.

Any such distribution to a Member shall be made not later than the time specified in sections 7.1 and 7.6 for the commencement of benefits. Any Member entitled to a distribution of his Retirement Trust Balance shall, subject to the rules for married Members under section 6.9, select the method in which his Retirement Trust Balance is to be distributed to him. If a Member dies before full payment of the amount to which he is entitled under section 6.6 or 6.7, the Member's Beneficiary may direct, subject to the rules for married Members under section 6.9, that the unpaid balance of such payment be paid in either of the methods described in this section 6.8.

### 6.9 Special Rules for Married Members

Anything else contained in this Article VI to the contrary notwithstanding, the following rules shall apply to the distribution of the Retirement Trust Balances of Members who are married:

(a)  If a Member who dies prior to his Annuity Starting Date has been continuously married for one year at the time of his death, and if such Member has not designated a person other than his spouse as his Beneficiary (with his spouse's consent), then unless the Member's spouse elects to receive a distribution of the Retirement Trust Balance in accordance with section 6.4, the Retirement Trust Balance shall be used to provide the spouse with a life annuity. If the Qualified Preretirement Survivor Annuity is in effect, it shall not be reduced by the Actuarial Equivalent of the Retirement Trust Balance as otherwise required by section 6.4. If the Qualified Preretirement Survivor Annuity is not in effect, then the surviving spouse shall receive a life annuity, paid at the same time and in the same manner as the Qualified Preretirement Survivor Annuity, which is the Actuarial Equivalent of the Retirement Trust Balance, calculated in accordance with section 5.10(c).

(b)  If, at the time a Member is eligible to receive a distribution pursuant to section 6.6 or 6.7, the Member is married (whether or not he has been married for one year) and has not waived the Qualified Joint and Survivor Annuity with his spouse's consent, then, unless the Member affirmatively elects, with his spouse's consent, to either withdraw his Retirement Trust Balance or to have it distributed in accordance with section 6.5, his Retirement Trust Balance shall not be distributed, and

the payments under the Qualified Joint and Survivor Annuity shall not be reduced by the Actuarial Equivalent of the Retirement Trust Balance as otherwise required by section 6.6 or 6.7.

# Article VII. Commencement of Payments and Duration

## 7.1 Commencement and Duration

The monthly retirement benefit payments to which an eligible Member is entitled under section 5.1, 5.2, 5.3, or 5.4 shall begin as described below and shall then be payable pursuant to the applicable method of payment under section 5.5, 5.6, 5.8, 5.9, or 5.10 subject, however, to the provisions of sections 5.10(a) and 5.10(b) (payment of small amounts). Monthly retirement benefits shall begin as follows:

(a)  Normal Retirement Benefits. A Member entitled to a normal retirement benefit under section 5.1 shall start receiving such benefit on the first day of the month coincident with or next following the Member's retirement or on the first day of the month coincident with or next following the month that he is employed at a rate of fewer than 120 Hours of Service. An Employee who continues in employment at a greater rate shall have his normal retirement benefits suspended in the manner described in section 7.3 and he shall receive the notice described in section 7.4.

(b)  Early Retirement Benefits. A Member entitled to an early retirement benefit under section 5.2 shall start receiving such benefit on the first day of the month coincident with or next following his Early Retirement Date unless he elects to defer commencement until a later date. In no case shall a Member be permitted to defer commencement of his early retirement benefit until later than the first day of the month coincident with or next following his attainment of his Normal Retirement Age.

(c)  Disability Retirement Benefits. A Member entitled to a disability retirement benefit under section 5.3 shall start receiving such benefit as of the first day of the month coincident with or next following his attainment of his Normal Retirement Age unless he meets the requirements for an early retirement benefit under section 5.2 and elects earlier commencement of his disability retirement benefit. A Member who meets the requirements for an early retirement benefit under section 5.2 may elect to have his disability retirement benefit begin on the first day of any month coincident with or following his fifty-fifth birthday. In no case shall a Member be permitted to defer commencement of his disability retirement benefit beyond the first day of the month coincident with or next following his attainment of his Normal Retirement Age (other than by reemployment). Application for early commencement must be made at least 30 days but not more than 60 days prior to the date he elects to have benefits commence.

(d)  **Deferred Vested Retirement Benefits.** A Member entitled to a deferred vested retirement benefit under section 5.4 shall start receiving such benefit as of the first day of the month coincident with or next following his attainment of his Normal Retirement Age unless he has completed at least 15 years of Vesting Service at his termination of employment with the Employer or nonparticipating Affiliate and elects earlier commencement of his deferred vested retirement benefit. A Member who has completed at least 15 years of Vesting Service at his termination of employment with the Employer or nonparticipating Affiliate may elect to have his deferred vested retirement benefit begin on the first day of any month coincident with or following his fifty-fifth birthday. In no case shall a Member be permitted to defer commencement of his deferred vested retirement benefit beyond the first day of the month coincident with or next following his attainment of his Normal Retirement Age (other than by reemployment). Application for early commencement must be made at least 30 days but not more than 60 days prior to the date he elects to have benefits commence.

The foregoing notwithstanding, in no case will payment of benefits under the Plan begin later than the sixtieth day after the end of the Plan Year in which the last of (1), (2), or (3) below occurs, unless the Member consents in writing to a later date and specifies the date on which payments shall commence:

(1)  the Member attains age 65;

(2)  the Member attains the tenth anniversary of the date on which he commenced participation in the Plan; or

(3)  the Member terminates employment with all Employers and nonparticipating Affiliates.

## 7.2 Reemployment After Benefit Commencement but Prior to Attaining Normal Retirement Age

If a Member is reemployed as an Employee before his Normal Retirement Age, his benefit payments shall be discontinued and shall not be paid or accrue during the period of such reemployment, his previous election of form of payment shall be cancelled, and he shall have the Vesting Service and Benefit Service he had at the time of his retirement reinstated. Upon his subsequent retirement, his eligibility for a benefit and the amount of the benefit shall be determined, calculated, and paid as if he were then first retired based upon such reinstated Vesting Service and Benefit Service, plus Vesting Service and Benefit Service earned following the date of reemployment, but such benefit shall be actuarially reduced to account for any retirement benefit payments he may have received prior to his

reemployment. In no event will a Member's retirement benefit at his subsequent retirement (prior to reduction for any benefit payments he may have received prior to his reemployment) be less than his benefit at his prior retirement.

The foregoing notwithstanding, if a Member reemployed as described above subsequently reaches his Normal Retirement Age and is employed at a rate of fewer than 120 Hours of Service per month, he shall be entitled to receive a normal retirement benefit during such period of reemployment. Such payments shall continue every month thereafter until his rate of employment equals at least 120 Hours of Service per month, at which time his benefits shall be suspended under the terms and conditions described in section 7.3.

### 7.3 ~~Employer~~ Reemployment After Attaining Normal Retirement Age

If a Member is reemployed or continues to be employed as an Employee after his Normal Retirement Age at a rate of at least 120 Hours of Service per month, his benefit payments shall be discontinued and shall not be paid or accrue during the period of such reemployment, his previous election of form of payment shall be cancelled, and he shall have the Vesting Service and Benefit Service he had at the time of his retirement reinstated. Such suspension of benefits shall be done in accordance with Department of Labor regulation section 2530.203-3 and shall include the notice described in section 7.4. Upon his subsequent retirement, his eligibility for a benefit and the amount of the benefit shall be determined, calculated, and paid as if he were then first retired based upon such reinstated Vesting Service and Benefit Service, plus Vesting Service and Benefit Service earned following the date of reemployment, but such benefit shall be actuarially reduced to account for any retirement benefit payments he may have received prior to his reemployment. In no event will a Member's retirement benefit at subsequent retirement (prior to reduction for any benefit payments he may have received prior to his reemployment) be less than his benefit at his prior retirement.

If a Member is reemployed or continues to be employed as an Employee after his Normal Retirement Age and his rate of employment is for less than 120 Hours of Service per month, he shall receive the same type and amount of benefit payment he was entitled to receive preceding his reemployment during such period of reemployment. Such payments shall continue every month thereafter until his rate of employment equals at least 120 Hours of Service per month, at which time his benefits shall be suspended as described above.

### 7.4 Suspension of Benefits Notice and Procedures

If an Employee's benefits are to be suspended after he attains his Normal
Retirement Age, the Plan shall notify the Employee, by personal delivery or
first class mail during the first calendar month in which the Plan withholds
payments, that benefits are suspended. The notice shall contain—

(a)   a general description of the reasons why payments are suspended;

(b)   a general description of the Plan provisions relating to the suspension
      of benefits;

(c)   a copy of such Plan provisions;

(d)   a statement that applicable Department of Labor regulations may be
      found in section 2530.203-3 of the Code of Federal Regulations;

(e)   a statement that a review of the suspension may be requested under
      the claims procedure found in section 11.10;

(f)   if the Plan requires a benefit resumption notice, the procedure and
      forms; and

(g)   if the Plan requires verification by the Employee that his benefits
      should not be suspended, the procedure and forms for such
      verification.

The Plan shall adopt a procedure whereby an individual may request a
determination of whether specific contemplated reemployment after age 65
will result in a suspension of benefits.

### 7.5 Minimum Distributions

Notwithstanding anything to the contrary contained in this Article VII—

(a)   All distributions under this Plan shall comply with the requirements
      of sections 7.6 and 7.7.

(b)   All distributions under the Plan shall be made in accordance with
      section 401(a)(9) of the Code and the regulations thereunder.
      Provisions of the Plan regarding payment of distributions shall be
      interpreted and applied in accordance with section 401(a)(9) of the
      Code and the regulations thereunder.

### 7.6 Required Distributions

Notwithstanding any of the preceding provisions of this Article VII—

(a)   In no event may the distribution of a Member's benefits commence
      later than the April 1 of the calendar year following the year in which
      the Member reaches age 70 1/2. Notwithstanding the preceding
      provisions of this subsection, in the case of a Member who attained
      age 70 1/2 prior to January 1, 1988 (and is not a 5-percent owner of
      the Employer at any time commencing with the Plan Year in which he

attained the age of 66 1/2), the distribution of such Member's benefits will commence not later than the April 1 of the calendar year following the year in which the Member attains age 70 1/2 or the Member retires (if later).

(b) A Member's benefits shall be distributed, beginning not later than the date required pursuant to subsection (a), over a period not exceeding—

    (1) the life of the Member;

    (2) the lives of the Member and the Member's designated beneficiary;

    (3) a period certain not extending beyond the life expectancy of the Member; or

    (4) a period certain not extending beyond the joint life and last survivor expectancy of the Member and the Member's designated beneficiary.

(c) If the distribution of a Member's benefits have begun in accordance with subsection (a) and the Member dies before his entire interest has been distributed to him, the remaining portion of the Member's benefits will be distributed at least as rapidly as under the method of distributions being used under subsection (b) as of the date of his death.

(d) If a Member dies prior to the commencement of the payment of benefits and the Member's required commencement date under subsection (a), the Member's benefits will be distributed within five years after the end of the calendar year in which the Member's death occurs, except as permitted under subsections (e) and (f).

(e) If—

    (1) any portion of the Member's benefits is payable to a designated beneficiary,

    (2) such portion will be distributed over the life of such designated beneficiary or over a period not extending beyond the life expectancy of the beneficiary, and

    (3) such distributions begin not later than the end of the calendar year immediately following the calendar year in which the Member died,

the portion referred to in subsection (e)(1) shall be treated as distributed within the time required under subsection (d).

(f) If the designated beneficiary referred to in subsection (e)(1) is the surviving spouse of the Member, such distributions will begin under subsection (e)(3) not later than—

    (1) the end of the calendar year immediately following the calendar year in which the Member died, or

   (2)   the end of the calendar year in which the Member would have attained age 70 1/2.

(g)   The distribution of benefits payable to a former spouse or other member or former member of the Member's family pursuant to a qualified domestic relations order (as defined in section 9.2) will commence as soon as practicable after the Committee—

   (1)   determines that the order satisfies the requirements for a qualified domestic relations order pursuant to Code section 414; and

   (2)   with respect to any Member who has a Retirement Trust Balance, completes the accounting procedures for the Valuation Date coincident with or next following the date when the Committee makes the determination in paragraph (1) above.

If the amount of the distribution pursuant to the qualified domestic relations order exceeds $3,500, distribution in accordance with this subsection (g) prior to the Member's "earliest retirement age" (as defined in Code section 414(p)(4)(B)) may be made only with the consent of the payee.

## 7.7 Additional Distribution Requirements

(a)   If payment of a Member's benefit under this Plan is in the form of an annuity, such annuity may only be payable for a period not to exceed the lifetime of the Member or the lifetimes of the Member and the Member's designated beneficiary. If the Member's designated beneficiary is not his spouse, the periodic annuity payments payable to the beneficiary may not exceed the "applicable percentage" of the annuity payments payable to the Member. The "applicable percentage" shall be the "applicable percentage" determined pursuant to regulations issued by the Secretary of the Treasury under section 401(a)(9) of the Code.

(b)   If payment of a Member's benefit under this Plan is in the form of a certain-and-life option, the "period certain" may not exceed the "applicable period" determined pursuant to regulations issued by Secretary of the Treasury under Code section 401(a)(9), and in particular pursuant to the appropriate Table in section 1.401(a)(9)-2 of such regulations.

(c)   Members' and beneficiaries' life expectancies under this Article VII shall not be subject to recalculation.